The Empire State Surety Company, Appellant, v. Joseph Dunfee, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James E. Mathewson, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

George D. Petrie, Respondent, v. Reuben Gais, Appellant.— Judgment affirmed, with costs. All concurred.

William W. Farley, as State Commissioner of Excise of the State of New York, Respondent, v. William F. Fischer and United States Guaranty Company, Appellants.— Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, that it was a question of fact as to whether the sale was a sale of liquor to be drunk on the premises; that the court erred in unqualifiedly charging the jury that the plaintiff was entitled to recover if the liquor sold was drunk on the premises; also in charging the jury as to what acts constitute a violation of the statute.* All concurred; Robson, J., not sitting.

Peter Botyan, Respondent, v. Tonawanda Board and Paper Company, Appellant.— Judgment modified by striking out the amount included as interest upon the verdict, and as so modified the judgment and the order are affirmed, but with the costs of this appeal to the respondent, as the judgment could have been corrected upon motion as not in accordance with the verdict. All concurred; Robson, J., not sitting.

Theresa Kuhn, Respondent, v. Anna Franklin, Appellant.— Judgment affirmed, with costs. All concurred.

William W. Gorham, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Judgment and order reversed and new trial granted in the City Court of Fulton, to be held on the 28th day of January, 1914, at ten o'clock A. M., with costs to appellant to abide event. Held, that the judgment of the City Court was contrary to and against the weight of the evidence, both upon the question of defendant's negligence and upon plaintiff's freedom from negligence which contributed to the accident. All concurred, except Kruse, P. J., and Robson, J., who dissented.

Margaret White, as Administratrix, etc., Appellant, v. The City of Buffalo, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, P. J., who dissented; Lambert, J., not sitting.

Spencer B. Parker, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented.